Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HORMOZI, | Case No. |
| Plaintiff, | 5:21-CV-01467-PA-KK |
| vs. | **NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, | |
| Defendant. | |

NOW COMES THE PLAINTIFF, by and through his attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: January 14, 2022

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  /s/ Todd M. Friedman
                     Todd M. Friedman
                     Law Offices of Todd M. Friedman, P.C.
                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 14th Day of January, 2022, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Percy Anderson
United States District Court
Central District of California

And all Counsel of Record as Recorded on the Electronic Service List.

This 14th Day of January, 2022,

s/Todd M. Friedman, Esq.
Todd M. Friedman